# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| IN RE: Katrina M. Lewis | CHAPTER 13 |
| | BKY. NO. 19-14535 AMC |
| <u>Debtor</u> | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322