IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                              :
                                                                    :
    Katrina Lewis                                 :        Chapter 13
                                                                    :
                                                                    :        Case No. 19-14535amc
                                                                    :
Debtor(s)                                                           :

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 17.

Dated: November 4, 2019                         /s/ Brad J. Sadek, Esquire
                                                                        Brad J. Sadek, Esquire
                                                                        Sadek and Cooper
                                                                        1315 Walnut Street, Suite 502
                                                                        Philadelphia, PA 19107
                                                                        215-545-0008