IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Katrina M Lewis | :     Chapter 13 |
| | : |
| | :     Case No.  19-14535AMC |
| Debtor(s) | : |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 35.

Dated:  February 14, 2020                    /s/ Brad J. Sadek, Esquire
                                                                                              Brad J. Sadek, Esquire
                                                                             Sadek and Cooper
                                                                             1315 Walnut Street, Suite 502
                                                                             Philadelphia, PA 19107
                                                                             215-545-0008