United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Katrina M Lewis  
      Debtor

Case No. 19-14535-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Feb 18, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.  
db          +Katrina M Lewis,    311 S 63rd Street,    Philadelphia, PA 19143-1016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:  
       BRAD J. SADEK    on behalf of Debtor Katrina M Lewis brad@sadeklaw.com,  bradsadek@gmail.com  
       KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION  bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Katrina M. Lewis | : | Case No.: 19-14535-AMC |
| Debtor(s) | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __18th__ day of __February__, 2020 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_____
Judge Ashely M. Chan