**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE 5000**
**PHILADELPHIA, PA 19106**
**www.kmllawgroup.com**

November 22, 2022

Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

RE:    **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
　　　　PNC BANK NATIONAL ASSOCIATION vs. Katrina M. Lewis
　　　　Case No. 19-14535 MDC
　　　　Last 4 Digits of Loan No. 0050

Dear Sir or Madam:

　　　Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payment for the month of July 2022, in the amount of $647.84 per month;
- Regular mortgage payments for the months of August 2022 through November 2022, in the amount of $664.21 per month;

**The total due is $3,304.68 and must be received on or before December 7, 2022.**

- The monthly payment for December 2022, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

　　　If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　201-549-2363

cc:　　　Katrina M. Lewis