# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Katrina M. Lewis <br> Debtor <br><br> PNC BANK NATIONAL ASSOCIATION <br> Movant <br> vs. <br><br> Katrina M. Lewis <br> Debtor <br><br> and Kenneth E. West, Esq. <br> Trustee | Chapter 13 <br><br><br> NO. 19-14535 MDC <br><br><br> 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 28th day of December 2022, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 19, 2019, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 311 Cobbs Creek Parkway Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge