United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Katrina M Lewis  
    Debtor

Case No. 19-14535-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 17, 2023      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katrina M Lewis, 311 S 63rd Street, Philadelphia, PA 19143-1016 |
| 14363941 | + | PNC Bank NA, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14364575 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2023 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14396137 | | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2023 04:22:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14359293 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2023 04:22:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14359294 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2023 04:28:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14386687 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2023 04:28:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14393737 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14363287 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2023 04:22:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14359295 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14359296 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14359298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14359299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/Roamans, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14359300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14359297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14359301 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2023 04:22:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 19-14535-mdc    Doc 69    Filed 01/19/23    Entered 01/20/23 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14359302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2023 04:28:07 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14392505 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 04:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14359304 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 18 2023 04:22:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14369602 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 18 2023 04:22:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14359303 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 18 2023 04:23:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14359305 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 18 2023 04:22:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14362525 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14359306 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 18 2023 04:22:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14359307 | | Email/Text: bankruptcies@penncredit.com | Jan 18 2023 04:22:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 14376310 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 04:22:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14359308 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 04:22:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14393691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14410481 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 04:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14391065 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 04:22:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 14391063 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 04:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14391064 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2023 04:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14359309 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 18 2023 04:22:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14392532 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14360131 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14359310 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:10 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14359311 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14359312 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14359313 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14359314 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:12 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14359315 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2023 04:28:07 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14359316 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 18 2023 04:22:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14370626 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 18 2023 04:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14528109 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2023 04:28:10 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14522250 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2023 04:28:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14359317 | + | Email/Text: dbogucki@trumark.org | Jan 18 2023 04:23:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14370450 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 18 2023 04:22:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14359318 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 18 2023 04:22:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Katrina M Lewis brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 17, 2023 | Form ID: pdf900 | Total Noticed: 50

| | |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| KATRINA M LEWIS | |
| Debtor | Bankruptcy No. 19-14535-MDC |

# ORDER

    **AND NOW**, this ___17th___ day of ___January___ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
KATRINA M LEWIS

311 S 63RD STREET

PHILADELPHIA, PA 19143-